IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19-44-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CRYSTAL MARIE BUHLER, | |
| Defendant. | |

Defendant has filed a motion for release pending sentencing. (Doc. 49.) The United States opposes Defendant's request for release. Defendant's sentencing is scheduled for April 16, 2020. Due to the time-sensitive matters raised in Defendant's motion, the United States shall file its brief in opposition on or before March 25, 2020. Defendant shall file her reply on or before March 27, 2020.

IT IS ORDERED.

DATED this 20th day of March, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge