IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–44–M–DWM–2 |
| Plaintiff, | |
| vs. | ORDER |
| CRYSTAL MARIE BUHLER, | |
| Defendant. | |

Defendant Crystal Marie Buhler's Unopposed Motion for Early Termination of Supervision is now before the Court. (Doc. 99.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of the Defendant, and the Defendant's arguments, the Court is satisfied that early termination is warranted by the "interest of justice." 18 U.S.C. § 3583(e)(1).

IT IS ORDERED that the Defendant's motion for early termination of her supervised release, (Doc. 99), is GRANTED. The Defendant's supervision is TERMINATED as of today's date.

DATED this 29th day of January, 2024.

Donald W. Molloy, District Judge
United States District Court